# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UMG RECORDINGS, INC., ET AL.,

        Plaintiffs,

-vs-                                    Case No. 8:05-cv-377-T-24MSS

SHEREE MELHUISH,

        Defendant.
_____/

## **O R D E R**

This cause comes before the Court for consideration of Plaintiff's Response to Order to Show Cause (Doc. No. 14), in which Plaintiff advises that the parties have reached a settlement, and telephonic confirmation thereof. Having considered the Plaintiff's telephonic notice of settlement and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment. The Clerk is directed to close the case and terminate all pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of June, 2005.

                                                           SUSAN C. BUCKLEW
                                                           United States District Judge

Copies to:
Counsel of Record